Thomas A. Fasel (State Bar No. 239964)
taf@faselnefulda.com
Frank R. Fasel (State Bar No. 263943)
frf@faselnefulda.com
**FASEL FASEL & NEFULDA LLP**
3200 Bristol Street, Suite 615
Costa Mesa, CA 92626
Tel:   714-966-2008
Fax:   714-966-1501

Attorneys for Plaintiff:
R.B. HOLT, INC.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.B. HOLT, INC., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>NAVIGATORS INSURANCE COMPANY; NAVIGATORS SPECIALTY INSURANCE COMPANY; NIC INSURANCE COMPANY; AMERICAN E & S INSURANCE BROKERS CALIFORNIA, INC.; BART NUGEN; NUGEN & ASSOCIATES INSURANCE SERVICES, INC. and DOES 4 through 25, inclusive,<br><br>             Defendants. | Case No.: SACV10-1231 AG (RNBx)<br><br>Hon. Andrew J. Guilford<br>Courtroom: 10(D)<br><br>**ORDER REMANDING REMOVED ACTION TO STATE COURT** |

1  On March 8, 2011, the Parties to the above referenced action filed a
2  Stipulation to Remand Removed Action.  The Court having reviewed that
3  stipulation and good cause appearing, orders as follows:
4      1.    The Parties' stipulation is approved;
5      2.    Central District of California case number SACV10-1231 AG
6  (RNBx) is hereby remanded to Orange County Superior Court.

DATED: March 09, 2011      By:_____
                                       HON. ANDREW J. GUILFORD
                                       United States District Court Judge